UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  SA CV 11-1522-JVS (PLAx)                                                Date  April 2, 2012

Title:  Charles Gould v. Experian Information Solutions, Inc., etc., et al.

---

PRESENT:  THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:
NONE

ATTORNEYS PRESENT FOR DEFENDANTS:
NONE

PROCEEDINGS:        ( IN CHAMBERS)

Defendant Equifax, Inc., is **ordered to show cause, no later than noon on Tuesday, April 3, 2012**, why sanctions should not be imposed on it for failure to timely submit its Confidential Settlement Conference Statement, as required by the Court's February 8, 2012, Order re Settlement Conference.  Submission of the Statement by noon on April 3, 2012, shall be deemed compliance with this Order.


cc:      Counsel of Record


Initials of Deputy Clerk____ch____