JOHN N. DROOYAN, ESQ./SBN 238609
LAW OFFICE OF JOHN DROOYAN
479 West 6th Street, Ste. 202
San Pedro, CA 90731
Telephone: (310)309-9430
Facsimile: (310)359-0245
jd@drooyanlaw.com

Attorney for Plaintiff Charles Gould

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CHARLES GOULD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. AKA Experian ; EQUIFAX INC. AKA EQUIFAX; TRANS UNION LLC AKA TRANS UNION; and DOES 1 thru 50<br><br>　　　　　　Defendants. | CASE No. 8:11-cv-01522-JVS-PLA<br><br>Hon. James V. Selna, Courtroom 10C<br><br>**ORDER OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** |

　　　Plaintiff Charles Gould has announced to the Court that all matters in controversy against defendant Equifax Information Services LLC have been resolved. A Joint Stipulation of Dismissal of defendant Equifax Information Services LLC with Prejudice has been signed and filed with the Court. Having considered the Joint Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

1

1  IT IS ORDERED that the claims and causes of action asserted herein by
2  Plaintiff Charles Gould against Defendant Equifax Information Services LLC are
3  in all respects dismissed with prejudice to the refiling of same, with court costs to
4  be paid by the party incurring same.
5  DATED this 5th day of October, 2012.
6
7
8  _____
   **HON. JAMES V. SELNA**
9  UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28