1  JOHN N. DROOYAN, ESQ./SBN 238609
   LAW OFFICE OF JOHN DROOYAN
2  479 West 6th Street, Ste. 202
   San Pedro, CA 90731
3  Telephone: (310)309-9430
   Facsimile: (310)359-0245
4  jd@drooyanlaw.com

5  Attorney for Plaintiff Charles Gould

6

7                   UNITED STATES DISTRICT COURT

8      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

9

10

11  CHARLES GOULD,                      CASE No. 8:11-cv-01522-JVS-PLA

12              Plaintiff,

13  vs.                                 Hon. James V. Selna, Courtroom 10C

14  EXPERIAN INFORMATION                **ORDER OF DISMISSAL OF**
    SOLUTIONS, INC. AKA Experian ;      **DEFENDANT EQUIFAX**
15  EQUIFAX INC. AKA EQUIFAX;           **INFORMATION SERVICES  LLC**
    TRANS UNION LLC AKA TRANS           **WITH PREJUDICE**
16  UNION; and DOES 1 thru 50

17

18              Defendants.

19

20

21        Plaintiff Charles Gould has announced to the Court that all matters in

22  controversy against defendant Equifax Information Services LLC have been

23  resolved.   A Joint Stipulation of Dismissal of defendant Equifax Information

24  Services LLC with Prejudice has been signed and filed with the Court.   Having

25  considered the Joint Stipulation of Dismissal with Prejudice, the Court makes and

26  delivers the following ruling:

27

28

                                    1

1    IT IS ORDERED that the claims and causes of action asserted herein by

2  Plaintiff Charles Gould against Defendant Equifax Information Services LLC are

3  in all respects dismissed with prejudice to the refiling of same, with court costs to

4  be paid by the party incurring same.

5  DATED this 5th day of October, 2012.

6

7

8  _____

   **HON. JAMES V. SELNA**
9  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28